**SO ORDERED.**

**SIGNED this 29th day of December, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| | § | |
| Gilberto Tobar Rendon | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | Case No. 09-54765C |

ORDER GRANTING MOTION FOR
CONTINUATION OF AUTOMATIC STAY

On this date came on to be considered the above-identified motion filed by Debtor. The Court is of the opinion that notice is proper, that no parties in interest have requested a hearing, that the Motion is well taken and that it should be granted.

IT IS THEREFORE, ORDERED that the automatic stay continue under § 362(a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

### #

**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
(210)732-6699/(210)732-5826 fax